NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

April 7, 2023

**ERRATA**

---

Appeal No. 22-2189

**LAUNA GOLDDEEN OGBURN,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

Decided:  April 6, 2023
Nonprecedential Opinion

---

Please make the following change:

On page 2, line 2, change "Laura" to "Launa".